| United States District Court | DISTRICT of ARIZONA |
|---|---|

| | | |
|---|---|---|
| **United States of America**<br>v.<br>Michael Angel Ortiz<br>DOB: xx/xx/1988   U.S. Citizen | AUG 17 2009<br><br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>09-00421M |

| Complaint for violation of Title 18 | United States Code  § 922(a)(1)(A) and 924(a)(2) |
|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 21, 2009, at or near Tucson, in the District of Arizona, defendant Michael Angel Ortiz in connection with the acquisition of three (3) firearms, that is, a Romarm, 7.62 x39 caliber rifle, Model GP WASR 10, bearing serial number 1963AB1001, a Romarm, 7.62 x 39 caliber rifle, Model WASR-10, bearing serial number 1965LM1628, and a Romarm 7.62 x39 caliber rifle, Model WASR-10, bearing serial number 1965LM3437, from Second Amendment Sports, Inc, a federally licensed firearms dealer,  knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did represent on the  Bureau of Alcohol, Tobacco,  Firearms and Explosives Form 4473, Firearms Transaction Record, that he was the actual purchaser of the firearms, when in truth and in fact, as the defendant knew, he was not the actual purchaser of the firearm(s); in violation of Title 18, United States Code, Section 924(a)(1)(A).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 21, 2008, at or near Tucson, in the District of Arizona, ATF agents were contacted by an employee of Second Amendment Sports Inc., a federal licensed firearms dealer, who expressed concern that a person later identified as Michael Angel Ortiz was buying AK-47 assault-type rifles for someone else.  ATF set up surveillance and observed Michael Angel Ortiz arrive and leave the store.  During the subsequent investigation, ATF agents obtained the Bureau of Alcohol, Tobacco,  Firearms and Explosives Form 4473, Firearms Transaction Records which indicated that Michael Angel Ortiz had purchased three firearms during  two separate transactions that day.  Michael Angel Ortiz represented on the 4473 forms that he was the actual purchaser of the firearms.  He later admitted that he had purchased the firearms for a one-armed man who gave him the money for the firearms as well as paying him $500 profit for each firearm purchased. The following three firearms that Ortiz purchased were thereafter recovered in Mexico: a Romarm, 7.62 x39 caliber rifle, Model GP WASR 10, bearing serial number 1963AB1001, a Romarm, 7.62 x 39 caliber rifle, Model WASR-10, bearing serial number 1965LM1628, and a Romarm 7.62 x39 caliber rifle, Model WASR-10, bearing serial number 1965LM3437, were recovered in Mexico.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| **Recommend Detention**<br>    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JOELYN D. MARLOWE      *Joelyn D. Marlowe*<br>AUTHORIZED BY:  AUSA | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br> Special Agent, ATF |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1) | DATE<br>August 17, 2009 |

[1) See Federal rules of Criminal Procedure Rules 3 and 54